# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MICHAEL BROOKS,<br><br>　　　　Defendant | Case No. 2:23-CR-00021-CDS-VCF<br><br>**Order Granting  Motion to Dismiss<br>the Indictment Without Prejudice** |

　　　Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment in the above captioned case.

　　　　　　　　　　　　　　　　　　　　　　JASON FRIERSON
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　*/s/     Robert Knief*
　　　　　　　　　　　　　　　　　　　　　　ROBERT KNIEF
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　Leave of Court is granted for the filing of the above dismissal.

　　　DATED: October 20, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE